JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

| Case No. | 2:22-cv-05430-SPG-AFM | Date | April 6, 2023 |
|---|---|---|---|
| Title | Henry Galindo v. United States of America et al | | |

Present: The Honorable **SHERILYN PEACE GARNETT, UNITED STATES DISTRICT JUDGE**

| Patricia Kim | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:** (IN CHAMBERS) ORDER DISMISSING ACTION

On March 15, 2023, the Court granted Defendants' Motions to Dismiss without prejudice. (ECF No. 39). In the Order, the Court noted that, "[s]hould Plaintiff seek to amend his Complaint, he must file the Amended Complaint within fourteen (14) calendar days from the issuance of this order." (*Id.* at 11). In light of Plaintiff's failure to file an amended complaint within the fourteen calendar days allotted by the Court, Plaintiff's Complaint is dismissed, and the case is closed.

IT IS SO ORDERED.

: 

Initials of Preparer    pk